**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY**
**PADUCAH DIVISION**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| Timothy Chadwick | : | Case No.:  20-50381 |
| | : | Chapter 13 |
| Debtor. | : | Judge Alan C. Stout |
| | : | * * * * * * * * * * * * * * * * * * * * * |
| | : | |

**MOTION FOR RELIEF FROM STAY**
**AS TO REAL ESTATE LOCATED AT**
**381 DYKE ROAD, BENTON, KY 42025 (FIRST MORTGAGE)**

Comes now Planet Home Lending LLC, (hereinafter "Movant") a creditor in the above-referenced by counsel, and moves the court pursuant to 11 U.S.C. § 362(d) for an order granting relief from the automatic stay in order that Movant may enforce its lien against the real estate of the Debtor located at 381 Dyke Road, Benton, KY 42025.

In support of its motion, Movant offers the attached memorandum.

Respectfully submitted,

 /s/ Amy E. Gardner
Amy E. Gardner (KBA #93532)
Adam B. Hall (97816)
John R. Cummins (84631)
Stephen R. Franks (97986)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Amy E. Gardner.
Contact email is aeg@manleydeas.com

20-014594_BLJ1

## MEMORANDUM IN SUPPORT OF
## MOTION FOR RELIEF FROM STAY

1. The Debtor filed a petition for relief under Chapter 13 on July 23, 2020.

2. The trustee of the estate of the Debtor in this case is William W. Lawrence - 13.

3. Movant has a secured claim, detailed in the filed proof of claim. The claim is secured by a security interest in the following collateral: real property located at 381 Dyke Road, Benton, KY 42025 and more fully described in the Mortgage.

4. The security interest was perfected by the filing of the mortgage.

5. A copy of the Proof of Claim filed in this case by Movant, along with copies of the note, security agreement, financing statement and supporting documents establishing the Movant's perfected security interest in the above-described property, is attached hereto.

6. As of April 21, 2021, the monthly payments due for January 1, 2021 through April 1, 2021 remain unpaid. The unpaid principal balance of $129,186.24 plus interest and fees, less suspense, equals a total of $131,917.04.

7. Movant seeks relief from stay on the following grounds: the interest of the Movant is not adequately protected; or the Debtor has no equity in the property and the property is not necessary to an effective reorganization.

WHEREFORE, Movant respectfully requests that this Court enter an Order terminating the automatic stay to permit Movant to foreclose on its mortgage lien herein described and for such other relief as may be just. Additionally, Creditor requests the Fed.R.Bankr.P. 4001(a)(3) be waived so that the Order Terminating the Automatic Stay have immediate effect.

20-014594_BLJ1

Creditor requests that further compliance with Federal Rule of Bankruptcy Procedure 3002.1 be waived as to Creditor in the within bankruptcy case upon entry of an Order granting relief from the automatic stay of Section 362.

        Respectfully submitted,

        /s/ Amy E. Gardner

Amy E. Gardner (KBA #93532)
Adam B. Hall (97816)
John R. Cummins (84631)
Stephen R. Franks (97986)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Amy E. Gardner.
Contact email is aeg@manleydeas.com

20-014594_BLJ1

## **NOTICE**

Please take notice that parties in interest shall have 14 days from the date of this motion within which to file a response to the motion and a request and notice of hearing on such response. If no response is timely filed, the enclosed order may be entered by the court without a hearing on the motion.

20-014594_BLJ1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Motion for Relief from Stay (First Mortgage) was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

William W. Lawrence - 13, 310 Republic Plaza, 200 S. Seventh Street, Louisville, KY 40202, ECF@louchapter13.com

Samuel J. Wright, Attorney for Timothy Chadwick, Farmer & Wright, PLLC, 4975 Alben Barkley Drive, Suite 1, Paducah, KY  42001, sam@farmerwright.com

and on the below listed parties by regular U.S. mail, postage prepaid on   April 27   , 2021:

Timothy Chadwick, 381 Dyke Rd, Benton, KY  42025

Timothy Chadwick, 381 Dyke Road, Benton, KY  42025

/s/ Amy E. Gardner

20-014594_BLJ1