**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY**
**PADUCAH DIVISION**

| | |
|---|---|
| In re: | : |
| | : |
| Timothy Chadwick | :    Case No.:  20-50381 |
| | :    Chapter 13 |
| Debtor. | :    Judge Alan C. Stout |
| | :    * * * * * * * * * * * * * * * * * * * * |
| | : |

## ENTRY SUSTAINING MOVANT'S MOTION FOR RELIEF FROM STAY AS TO 381 DYKE ROAD, BENTON, KY 42025

For good cause shown, Planet Home Lending LLC (hereinafter "Movant")'s Motion for Relief from Stay as to 381 Dyke Road, Benton, KY 42025 ("Property") is hereby granted.

The Court finds that Movant filed a motion that requested relief pursuant to 11 U.S.C. § 362 so that it could accelerate the debt owed by Debtor herein and foreclose its mortgage the Property, and otherwise pursue Movant's contractual and state law remedies.

For good cause shown and pursuant to 11 U.S.C. § 362, it is ORDERED that the stay that issued in this action is terminated with respect to the Property. Additionally, the Court orders that the Fed.R.Bankr.P. 4001(a)(3) is waived, this order is effective immediately

Movant may take all actions necessary to enforce its rights in the Property under state law.

Further compliance with Federal Rule of Bankruptcy Procedure 3002.1 is hereby waived as to Creditor in the within bankruptcy case upon entry of this Order.

Submitted by:

  /s/ Amy E. Gardner
Amy E. Gardner (KBA #93532)
Adam B. Hall (97816)
John R. Cummins (84631)
Stephen R. Franks (97986)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Amy E. Gardner.
Contact email is aeg@manleydeas.com

20-014594_BLJ1

Copies to:

Amy E. Gardner, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028 Columbus, OH  43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

William W. Lawrence - 13, Chapter 13 Trustee, 310 Republic Plaza, 200 S. Seventh Street, Louisville, KY  40202, ECF@louchapter13.com (notified by ecf)

Samuel J. Wright, Attorney for Debtor, Farmer & Wright, PLLC, 4975 Alben Barkley Drive, Suite 1, Paducah, KY  42001 (notified by ecf)

Timothy Chadwick, 381 Dyke Rd, Benton, KY  42025 (notified by regular US Mail)

Timothy Chadwick, 381 Dyke Road, Benton, KY 42025
(notified by regular US Mail)

20-014594_BLJ1