*LBR 16.18  Appendix to Motion for Relief from*
*Automatic Stay Involving Monetary Arrearages*
*Owed on Real Property Mortgages in Chapter 13s*

DEBTOR:  Timothy Chadwick

CASE NO.:  20-50381

DATE PETITION WAS FILED:  July 23, 2020

| | MONTH/YEAR PAYMENT DUE | DATE SENT/ RECEIVED | CHECK # AMOUNT | MO # |
|---|---|---|---|---|
| 1. | 08/01/20 | 08/10/20 | $877.39 | |
| 2. | 09/01/20 | 09/21/20 | $877.39 | |
| 3. | 10/01/20 | 10/28/20 | $904.71 | |
| 4. | 11/01/20 | 12/15/20 | $872.90 | |
| 5. | 12/01/20 | 02/26/21 | $912.00 | |
| 6. | 01/01/21 | | $872.90 | |
| 7. | 02/01/21 | | $872.90 | |
| 8. | 03/01/21 | | $895.02 | |
| 9. | 04/01/21 | | $895.02 | |

(  )  DEBTOR HAS ALL CHECKS/EXHIBITS WHICH ARE ATTACHED HERETO.

(  )  DEBTOR IS GETTING CHECKS/EXHIBITS FROM:

(  )  CHECKS/EXHIBITS UNAVAILABLE BECAUSE:

20-014594_BLJ1