**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY**
**PADUCAH DIVISION**

| | |
|---|---|
| In re: | |
| Timothy Chadwick | Case No.: 20-50381 |
| | Chapter 13 |
| Debtor. | Judge Alan C. Stout |
| | * * * * * * * * * * * * * * * * * * * * * |

## AGREED ORDER RESOLVING MOTION FOR RELIEF FROM STAY AS TO REAL PROPERTY LOCATED AT 381 DYKE ROAD, BENTON, KY 42025 (DOCKET # 18)

This matter having come before the Court on the Motion for Relief from Stay which was filed in this court by Planet Home Lending LLC ("Movant") as Docket Number 18; and it appearing to the Court that the parties have agreed to a course of action which will permit the continuation of the automatic stay conditioned upon certain provisions incorporated herein for the protection of Movant; and the Court, being otherwise fully advised in the premises, hereby issues the following Order with respect thereto:

1. The Chapter 13 Plan filed herein on behalf of Timothy Chadwick ("Debtor") provided that said Debtor was to make regular monthly mortgage payments to Movant outside of the Plan in a regular monthly fashion.

2. In breach of the terms of said Plan, the Debtor failed to make certain of the regular monthly mortgage payments to Movant; said payments are currently in default for the months of January 2021 and subsequent months, incurring a total post-petition arrearage of $5,052.50, which consists of 5 post-petition payments for January 1, 2021 through May 1, 2021 at $872.90 each, and attorney fees and costs of $688.00. There is $79.89 in suspense, which reduces the total post-petition arrearage to $4,972.61.

3. In order to eliminate said post-petition delinquency, the Debtor hereby agrees to pay to Movant, and Movant hereby agrees to accept, the following lump sum payments:

   a. $828.77 on or before June 15, 2021;

   b. $828.77 on or before July 15, 2021;

   c. $828.77 on or before August 15, 2021;

   d. $828.77 on or before September 15, 2021;

   e. $828.77 on or before October 15, 2021;

   f. $828.76 on or before November 15, 2021.

   The lump sum payments due above are in addition to the regular monthly mortgage payment due and owing for said months.

4. The Debtor hereby agrees to resume regular monthly mortgage payments outside the Plan directly to Movant for the June 1, 2021 regular monthly mortgage payment and to make all further monthly payments in a timely fashion.

5. This Agreed Order remains in full force and effect in the event Debtor's case is dismissed by the Court and Debtor subsequently reinstates his case by order of the Court and/or the Movant obtains relief from stay and the stay is subsequently reinstated by order of the Court.

6. The following are events of default under this Agreed Order: (a) Debtor fails to make any of the lump sum payments hereinabove described on or before their specified due dates; (b) Debtor fails to pay any future monthly mortgage payment on or before the date on which it is due (hereinafter, any of the events described above shall be referred to as a "Default").

7.  In the event of a Default, Movant shall send a letter with a ten (10) day opportunity for Debtor to respond, notifying the Debtor is in default under the terms of the Agreed Order. If no response is filed to said letter, Movant shall file a Certificate of Non-Compliance, and upon filing of a Certificate of Non-Compliance the stay shall be terminated without further hearing.

8.  Debtor's opportunity to cure the default shall be limited to three occurrences. Upon the occurrence of the fourth Default, the stay imposed by Section 362(a) of the Bankruptcy Code with respect to Creditor, its successors and assigns shall be terminated without further notice by the filing of a Certificate of Non-Compliance.

**IT IS SO ORDERED.**

Submitted by:

_/s/ Alan C. Stout_
Alan C. Stout
United States Bankruptcy Judge
Dated: June 10, 2021

/s/ Amy E. Gardner
---
Amy E. Gardner (93532)
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Email: aeg@manleydeas.com
Attorney for Creditor


/s/ Samuel J. Wright
---
Samuel J. Wright
Farmer & Wright, PLLC
4975 Alben Barkley Drive, Suite 1
Paducah, KY 42001
Telephone: 270-443-4431
Fax: 270-443-4631
Email: sam@farmerwright.com
Attorney for Debtor

<u>Copies to:</u>

Amy E. Gardner, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028 Columbus, OH  43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

William W. Lawrence, Chapter 13 Trustee, 310 Republic Plaza, 200 S. Seventh Street, Louisville, KY  40202, ECF@louchapter13.com (notified by ecf)

Samuel J. Wright, Attorney for Debtor, Farmer & Wright, PLLC, 4975 Alben Barkley Drive, Suite 1, Paducah, KY  42001 (notified by ecf)

Timothy Chadwick, 381 Dyke Rd, Benton, KY  42025 (notified by regular US Mail)

Timothy Chadwick, 381 Dyke Road, Benton, KY 42025 (notified by regular US Mail)